JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02373-JVS-PVC | Date | November 23, 2026 |
| Title | Guillermo Rodarte, Sr. et al v. County of Orange et al | | |

| | |
|---|---|
| Present: The Honorable | **James V. Selna, U.S. District Court Judge** |

| | |
|---|---|
| Priscilla Deason for Elsa Vargas | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] Order Dismissing Case for Failure to Prosecute**

Plaintiffs in this action, Guillermo Rodarte, Sr., and Marisa Rodarte (the "Rodartes"), were previously represented by Jerry L. Steering ("Steering") and Brenton Aitken Hands ("Hands") of the Law Office of Jerry L. Steering ("Steering Law"). On June 15, Steering and Hands filed a Motion to be Relieved as Counsel. (Mot., Dkt. No. 49.) The Court granted the motion on July 23, 2026. (Dkt. No. 52.) Additionally, on August 5, 2025, the Court granted Defendants' motion to dismiss Plaintiffs' complaint with leave to amend the complaint within thirty (30) days. (Dkt. No. 46.) Plaintiffs have not filed any amendments to their complaint. Nor have Plaintiffs filed any notice with the Court confirming that they have obtained new counsel in this matter.

On October 16, 2026, the Court issued an Order requiring Plaintiffs to show cause within fifteen days (15) as to why Plaintiffs have failed to appoint new counsel in this matter, or confirm that they intend to proceed pro se in this matter. (Dkt. No. 53.) The Court also granted Plaintiffs fifteen (15) days to file a new amended complaint, after which the Court cautioned that any failure to do so may result in a dismissal of this action without leave to amend and/or failure to prosecute. (Id.) Plaintiffs have failed to timely comply with the Court's order, or file a new amended complaint. By failing to do so, Plaintiffs consented to dismissal of the case for failure to prosecute. See L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion[.]"); Link v. Wabash R. Co., 370 U.S. 626, 633 (1962) (a district court may exercise its discretion to *sua sponte* dismiss an action for failure to prosecute, even without an opportunity for a hearing). Accordingly, the Court **DISMISSES** the instant action for failure to prosecute.

The Court **ORDERS** that Plaintiffs be noticed at their mailing address of this order:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-02373-JVS-PVC | Date | November 20, 2026 |
| Title | Guillermo Rodarte, Sr. et al v. County of Orange et al | | |

19823 E. Arrowhead Trail, Queen Creek, AZ 85142

**IT IS SO ORDERED.**